IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-41110
_____


BRYANT E FORD

Petitioner-Appellee

versus

TEXAS BOARD OF PARDONS AND PAROLES

Respondent-Appellant



_____

Appeal from the United States District Court
For the Eastern District of Texas
(6:97-CV-235)
_____

August 5, 1998


Before REYNALDO G. GARZA, HIGGINBOTHAM, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.